UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLANCA MEDINA,

    Plaintiff(s),

    v.

JANET NAPOLITANO, et al.,

    Defendant(s).

_____/

No. C 12-2370 PJH

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Before the court is the motion to dismiss petitioner's petition for writ of habeas corpus filed by respondents on June 21, 2012. Plaintiff has not opposed the motion and the hearing is set for August 1, 2012. The court has reviewed respondents' moving papers and the petition and finds no hearing is necessary, as part of the relief sought by petitioner has been mooted by her release from custody and because the court has no jurisdiction to provide the remaining relief sought. Accordingly, the August 1, 2012 hearing date is VACATED and the motion to dismiss is GRANTED for the reasons stated by respondents in their motion.

    **IT IS SO ORDERED.**

Dated: July 30, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge