UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLANCA MEDINA,

    Petitioner,

    v.

JANET NAPOLITANO, et al.,

    Respondent.

_____/

No. C 12-2370 PJH

**JUDGMENT**

    Pursuant to the Order Denying Petition for Writ of Habeas Corpus signed today, this action is DISMISSED.

    IT IS SO ORDERED AND ADJUDGED.

Dated: July 30, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge